UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| ALI MUSAID MUTHANA #283046, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:10-cv-67 |
| | ) | |
| v. | ) | HON. R. ALLAN EDGAR |
| | ) | |
| SALLY YORK GORMLEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MEMORANDUM OPINION**

This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. By order entered April 9, 2010 (docket #6), the Court granted Plaintiff's request to proceed *in forma pauperis* and required Plaintiff to pay an initial partial filing fee of $0.72 pursuant to 28 U.S.C. § 1915(b)(1). The Court ordered that the initial partial filing fee be paid within twenty-eight days, and warned Plaintiff that his case would be dismissed without prejudice should he fail to pay. The Court also warned Plaintiff that he would remain liable for the filing fee.

More than twenty-eight days have now elapsed, and Plaintiff has not paid the fee. Because Plaintiff has wholly failed to comply with the Court's order, the Court will issue a judgment dismissing the case without prejudice for lack of prosecution.


Dated:   6/22/2010                                    */s/ R. Allan Edgar*
                                                                   R. ALLAN EDGAR
                                                                   UNITED STATES DISTRICT JUDGE